IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MONTGOMERY COUNTY, PENNSYLVANIA, RECORDER OF DEEDS, by and through Nancy J. Becker in her official capacity as Recorder of Deeds of Montgomery County, on its own behalf and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>MERSCORP, INC., and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,<br><br>    Defendants. | CIVIL ACTION<br><br>NO. 11-cv-6968 |

**ORDER**

AND NOW, this    19th    day of October, 2012, upon consideration of the Defendants' Motion to Dismiss (ECF No. 6), the Plaintiff's Response in Opposition to the Defendants' Motion (ECF No. 13), the Defendants' Reply (ECF No. 16), and the Defendants' Notices of Supplemental Authority (ECF Nos. 17, 18, and 21), it is hereby ORDERED that the Defendants' Motion (ECF No. 6) is GRANTED as to Count II of the complaint, alleging civil conspiracy, and DENIED as to the remaining counts.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, C.J.