HILLWIG DECL. EXHIBIT 22

**In the Matter Of:**

MONTGOMERY COUNTY vs. MERSCORP

11-6968

**JOCELYN GALLAGHER**

*July 18, 2013*



800.211.DEPO (3376)
*EsquireSolutions.com*

```
 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

 3   MONTGOMERY COUNTY            )

 4   PENNSYLVANIA, RECORDER OF )   NO. 11-6968

 5   DEEDS, et al                 )

 6                                )

 7      - vs -                    )

 8   MERSCORP, INC. and           )

 9   MORTGAGE ELECTRONIC          )

10   REGISTRATION SYSTEMS, INC.)

11

12       Videotaped deposition of JOCELYN GALLAGHER,

13   held at 425 Swede Street, Suite 1001, Norristown,

14   Pennsylvania, on Thursday, July 18, 2013, at 9:11

15   a.m., before Dolores M. Horne, Professional

16   Reporter and Notary Public, in and for the

17   Commonwealth of Pennsylvania.

18

19

20           ESQUIRE DEPOSITION SOLUTIONS

21           1835 Market Street, Suite 2600

22          Philadelphia, Pennsylvania   19103

23                  215-988-9191

24
```



800.211.DEPO (3376)
EsquireSolutions.com

Case 2:11-cv-06968-JCJ   Document 81-24   Filed 11/05/13   Page 4 of 8

JOCELYN GALLAGHER                                           July 18, 2013
MONTGOMERY COUNTY vs. MERSCORP                                          2

```
 1   APPEARANCES:
 2
 3            KOHN SWIFT & GRAF
 4            BY:   CRAIG W. HILLWIG, ESQUIRE
 5                  JOSEPH C. KOHN, ESQUIRE
 6            One South Broad Street
 7            Suite 2100
 8            Philadelphia, Pennsylvania   19107
 9            (215) 238-1700
10            chillwig@kohnswift.com
11            Attorneys for the Plaintiff
12
13
14
15            MORGAN, LEWIS & BOCKIUS
16            BY:   KRISTOFOR T. HENNING, ESQUIRE
17            1701 Market Street
18            Philadelphia, Pennsylvania   19103
19            (215) 963-5882
20            khenning@morganlewis.com
21            Attorneys for the Defendants
22
23
24
```



Case 2:11-cv-06968-JCJ   Document 81-24   Filed 11/05/13   Page 5 of 8

JOCELYN GALLAGHER                                July 18, 2013
MONTGOMERY COUNTY vs. MERSCORP                             22

```
 1   to bucket -- Peachtree buckets the fees?
 2   A.      Yes.
 3   Q.      Talking about different buckets for
 4   money that goes to different places?
 5   A.      Correct.
 6   Q.      Okay.  And then I think you said the
 7   last step is actually disbursing money to those
 8   different places --
 9   A.      Correct.
10   Q.      -- is that right?
11   A.      Yes.
12   Q.      How does that happen?
13   A.      How does that happen?  We have reports
14   that we can run out of Countyfusion that will tell
15   us how much was collected on behalf of -- of, say,
16   the state writ tax, say affordable housing, say
17   the record improvement, for that sort of thing.
18   And then we collate that, make sure that that
19   total matches what we have in Peachtree, and we
20   write a check essentially.
21   Q.      Okay.  Who are the different people or
22   entities you write checks to?
23   A.      There are two that go to the state.
24   And, actually, the monies that go to the county we
```



Case 2:11-cv-06968-JCJ   Document 81-24   Filed 11/05/13   Page 6 of 8

JOCELYN GALLAGHER                                July 18, 2013
MONTGOMERY COUNTY vs. MERSCORP                             23

```
 1    do do an ACH to them.
 2    Q.        So, money goes to the state and it goes
 3    to the county out of this recording fee.  Does it
 4    go anywhere else?
 5    A.        There is a certain amount that we retain
 6    within office.
 7    Q.        Let's talk about right now.  Can you
 8    break down for me how much by percentage or dollar
 9    amount, whatever is easier for you, how much of a
10    particular recording fee goes to the state, to the
11    county and stays in the Recorder of Deeds office?
12    A.        Okay.  Well, out of the assignment fee,
13    which is $54, 50 cents of that goes to the state
14    for what is called a state writ tax.  There's
15    another 23.50 that also goes to the state, and
16    that's the judicial fee.  There is the $15 county
17    fee that goes to the county.  There's a $10 parcel
18    fee that is collected on behalf of Board of
19    Assessment, but we send that to the county.  And
20    there's a $5 record -- record improvement fund,
21    that $3 we retain and $2 goes to the county.
22    Q.        So, at least right now out of, I think
23    you said $54; is that correct?
24    A.        Yes.
```



Case 2:11-cv-06968-JCJ   Document 81-24   Filed 11/05/13   Page 7 of 8

JOCELYN GALLAGHER                                         July 18, 2013
MONTGOMERY COUNTY vs. MERSCORP                                       24

```
 1   Q.      And that's -- that's the recording fee
 2   for an assignment?
 3   A.      Yes.
 4   Q.      Is that a mortgage assignment?
 5   A.      Yes.
 6   Q.      Out of that $54, three stays with the
 7   Recorder of Deeds?
 8   A.      Yes.
 9   Q.      Does that just stay in the Univest
10   account?
11   A.      We have a separate account for that, a
12   record improvement fund.
13   Q.      Okay.  Do you write a check to yourself
14   out of the --
15   A.      We actually just transfer between
16   accounts once a month.
17   Q.      Ms. Gallagher, you told me you have an
18   account for recording fees.  You made -- you
19   made -- in our example you used an assignment
20   recording fee.  Do you keep track of recording
21   fees by particular document?
22   A.      No.
23   Q.      Just total recording fees?
24   A.      Total recording fees.
```



```
 1   Q.        So --
 2   A.        We do have reports so we can see the
 3   number of different document types that have been
 4   recorded.
 5   Q.        Okay.  And so you could back into the
 6   numbers --
 7   A.        Yes.
 8   Q.        -- if you needed to?
 9   A.        Uh-huh, yes.
10   Q.        You can take that number and multiply it
11   by whatever the rate was at the time, right?
12   A.        Uh-huh.
13   Q.        But that's not -- you don't have
14   accounts set up --
15   A.        No.
16   Q.        -- for different kinds of documents?
17   A.        No, no.
18   Q.        The division you gave for the mortgage
19   assignment of the $54, has that been constant
20   during your time in the office?
21   A.        No.
22   Q.        Has the Recorder of Deeds office ever
23   been able to keep more than $3 out of that?
24   A.        No.  We're not allowed to.
```

