**EXHIBIT E**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MONTGOMERY COUNTY, PENNSYLVANIA, RECORDER OF DEEDS, by and through NANCY J. BECKER, in her official capacity as the Recorder of Deeds of Montgomery County, Pennsylvania, on its own behalf and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>    vs.<br><br>MERSCORP, INC., and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,<br><br>                    Defendants. | CIVIL ACTION<br><br>NO. 11-6968 |

## DECLARATION OF JOAN T. DECKER

I, Joan T. Decker, declare as follows:

1. I am the Commissioner of the Philadelphia Department of Records. In this capacity I am responsible for overseeing the operations of the Philadelphia County Recorder of Deeds, which is a member of the proposed class of plaintiffs in this action. I have held this position since 1996.

2. I am making this Declaration at the request of counsel for Plaintiff and the proposed class in the above-referenced action in support of their opposition to Defendants' Motion for Summary Judgment and Plaintiff's Cross-Motion for Summary Judgment.

3. Attached as Exhibit A is a summary of statewide data provided to my office in June 2012 by the Pennsylvania Department of Revenue showing, by county and totals, the number of deeds, mortgages and other writs recorded in calendar year 2011 as well as the fees collected for such recording.

113194                                    1

4.      Attached as Exhibit B is a summary prepared from data maintained by the Philadelphia Department of Records. The summary shows, for each year from 2000 through December 19, 2012, the number of mortgages, assignments, releases and satisfactions recorded in the City of Philadelphia, both where MERS was named on the mortgage and where MERS was not named as mortgagee.  Exhibit B also shows the total fees collected for each such transaction.

5.      The public has an important interest in having access to a permanent repository of mortgages and assignments that allows members of the public to examine copies of the actual documents, an interest that is advanced when mortgages and assignments are recorded.  Among other things, this information allows the public to determine the accuracy of the documents and to conduct research.

I declare under penalty of perjury that the foregoing is true and correct

Dated: __10/29__, 2013

_____
Joan T. Decker

# EXHIBIT A



# pennsylvania
DEPARTMENT OF REVENUE

# FAX

| | | | |
|---|---|---|---|
| **TO** | Dale Lesperance | **FROM** | Raquel Lyter |
| **FAX** | 783-6129 | **PAGES** | 3 |
| **PHONE** | | **DATE** | 6/11/12 |
| **RE** | ROD collections report | **CC** | |

**Message:**

☐ Urgent
☐ For Review
☐ Please Comment
☐ Please Reply
☒ As Requested

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employees or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via the U.S. Postal Service. Thank you.

Department of Revenue | Bureau of Imaging & Document Management | PO Box 280400 | Harrisburg, PA 17128-0400 | 717.783.2333 | Fax 717.783.6198 | www.revenue.state.pa.us

6/11/2012

PENNSYLVANIA DEPARTMENT OF REVENUE
BUREAU OF INDIVIDUAL TAXES
RECORDER OF DEEDS COLLECTIONS

January 2011  December 2011

| County Name | Deeds | Mortgages | Other Writs | Total Instrument | Notary / Cty Officer Commisions | Net Writ Tax Collections | JCS / ATJ | JCS / ATJ CJEA/JCPS | Prior Bal Due | Audit Bal Due | Amount Due | Amount Paid | Bal Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adams | 2,280 | 4,273 | 7,403 | 13,956 | 129 | 8,020 | 0.00 | 284,749.50 | 0.00 | 0.00 | 292,769.47 | 292,769.44 | 0.03 |
| Allegheny | 33,293 | 43,983 | 69,825 | 147,101 | 2,245 | 93,120 | 0.00 | 3,299,400.00 | 0.00 | 0.00 | 3,392,520.49 | 3,392,520.45 | 0.04 |
| Armstrong | 1,785 | 2,003 | 5,120 | 8,908 | 113 | 5,416 | 0.00 | 157,732.00 | 0.00 | 0.00 | 163,148.48 | 163,148.44 | 0.04 |
| Beaver | 4,195 | 5,964 | 14,236 | 24,395 | 266 | 14,412 | 0.00 | 419,898.00 | 0.00 | 0.00 | 434,309.77 | 434,309.77 | 0.00 |
| Bedford | 1,375 | 1,945 | 3,856 | 7,176 | 70 | 4,159 | 0.00 | 150,470.50 | 0.00 | 0.00 | 154,629.84 | 154,629.84 | 0.00 |
| Berks | 7,298 | 14,683 | 26,397 | 48,378 | 580 | 29,089 | 0.00 | 1,078,908.50 | 0.00 | 0.00 | 1,107,997.83 | 1,107,997.79 | 0.04 |
| Blair | 3,053 | 4,602 | 8,231 | 15,886 | 236 | 9,994 | 0.00 | 323,783.00 | 0.00 | 0.00 | 333,776.90 | 333,776.90 | 0.00 |
| Bradford | 2,329 | 2,372 | 21,686 | 26,387 | 145 | 14,204 | 0.00 | 254,505.00 | 0.00 | 0.00 | 268,709.21 | 268,709.14 | 0.07 |
| Bucks | 12,230 | 72,489 | 3,864 | 88,583 | 1,130 | 53,924 | 0.00 | 1,973,718.00 | 0.00 | 0.00 | 2,027,641.77 | 2,027,641.73 | 0.04 |
| Butler | 5,690 | 8,669 | 16,926 | 31,285 | 360 | 18,665 | 0.00 | 617,392.00 | 0.00 | 0.00 | 636,057.23 | 636,057.24 | -0.01 |
| Cambria | 4,727 | 4,939 | 7,838 | 17,504 | 247 | 10,885 | 0.00 | 364,508.50 | 0.00 | 0.00 | 375,393.84 | 375,393.82 | 0.02 |
| Cameron | 244 | 141 | 335 | 720 | 3 | 378 | 0.00 | 16,144.50 | 0.00 | 0.00 | 16,522.79 | 16,522.78 | 0.01 |
| Carbon | 1,997 | 2,617 | 5,029 | 9,643 | 82 | 5,472 | 0.00 | 207,975.00 | 0.00 | 0.00 | 213,447.26 | 213,447.23 | 0.03 |
| Centre | 3,109 | 5,927 | 10,383 | 19,419 | 245 | 11,795 | 0.00 | 408,923.50 | 0.00 | 0.00 | 420,718.22 | 420,718.18 | 0.04 |
| Chester | 9,470 | 26,384 | 42,989 | 78,843 | 870 | 46,678 | 0.00 | 1,669,040.50 | 0.00 | 0.00 | 1,715,718.34 | 1,715,718.33 | 0.01 |
| Clarion | 1,164 | 1,116 | 3,446 | 5,726 | 64 | 3,398 | 0.00 | 93,577.00 | 0.00 | 0.00 | 96,974.90 | 96,974.88 | 0.02 |
| Clearfield | 3,086 | 2,517 | 6,021 | 11,624 | 156 | 7,151 | 0.00 | 228,655.00 | 0.00 | 0.00 | 235,805.84 | 235,805.81 | 0.03 |
| Clinton | 1,011 | 1,406 | 2,553 | 4,970 | 49 | 2,886 | 0.00 | 101,684.50 | 6.78 | 0.00 | 104,563.47 | 104,570.21 | -6.74 |
| Columbia | 1,558 | 2,462 | 4,932 | 8,952 | 76 | 5,079 | 0.00 | 165,393.00 | 0.00 | 0.00 | 170,471.91 | 170,471.88 | 0.03 |
| Crawford | 2,593 | 2,760 | 5,840 | 11,193 | 144 | 6,825 | 0.00 | 216,035.50 | 0.00 | 0.00 | 222,860.91 | 222,860.87 | 0.04 |
| Cumberland | 5,074 | 12,042 | 19,146 | 36,262 | 449 | 21,942 | 0.00 | 764,361.00 | 0.00 | 0.00 | 786,440.32 | 786,440.29 | 0.03 |
| Dauphin | 5,957 | 11,072 | 17,868 | 34,897 | 543 | 22,192 | 0.00 | 759,026.50 | 0.00 | 0.00 | 781,218.65 | 781,218.67 | -0.02 |
| Delaware | 10,175 | 20,695 | 35,467 | 66,337 | 803 | 39,963 | 0.00 | 1,418,483.50 | 0.00 | 0.00 | 1,458,446.05 | 1,458,446.03 | 0.02 |
| Elk | 963 | 1,055 | 2,407 | 4,425 | 46 | 2,592 | 0.00 | 89,088.50 | 0.00 | 7.00 | 91,673.80 | 91,673.78 | 0.02 |
| Erie | 5,690 | 9,379 | 16,530 | 31,599 | 432 | 19,516 | 0.00 | 657,342.00 | 0.00 | 0.00 | 676,857.91 | 676,857.87 | 0.04 |
| Fayette | 3,430 | 3,573 | 8,249 | 15,252 | 207 | 9,405 | 0.00 | 298,708.50 | 0.99 | 0.00 | 308,114.61 | 308,113.58 | 1.03 |
| Forest | 571 | 151 | 368 | 1,090 | 5 | 577 | 0.00 | 22,184.00 | 0.00 | 0.00 | 22,761.16 | 22,761.13 | 0.03 |
| Franklin | 3,417 | 5,504 | 9,181 | 18,102 | 215 | 10,865 | 0.00 | 392,685.00 | 0.00 | 0.00 | 403,549.97 | 403,549.95 | 0.02 |

1

PENNSYLVANIA DEPARTMENT OF REVENUE
BUREAU OF INDIVIDUAL TAXES
RECORDER OF DEEDS COLLECTIONS

6/11/2012                                                                    January    2011    December   2011

| County Name | Deeds | Mortgages | Other Writs | Total Instrument | Notary / Cty Officer Commisions | Net Writ Tax Collections | JCS / ATJ | JCS / ATJ CJEA/JCPS | Prior Bal Due | Audit Bal Due | Amount Due | Amount Paid | Bal Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fulton | 417 | 504 | 1,085 | 2,006 | 27 | 1,235 | 0.00 | 38,681.00 | 0.00 | 0.00 | 39,915.81 | 39,915.78 | 0.03 |
| Greene | 1,379 | 1,017 | 4,864 | 7,260 | 67 | 4,171 | 0.00 | 109,721.50 | 0.00 | 0.00 | 113,892.52 | 113,892.47 | 0.05 |
| Huntingdon | 1,385 | 2,100 | 3,907 | 7,392 | 47 | 4,041 | 0.00 | 148,849.00 | 0.00 | 0.00 | 152,890.01 | 152,890.00 | 0.01 |
| Indiana | 2,033 | 2,503 | 5,985 | 10,521 | 142 | 6,480 | 0.00 | 192,911.50 | 0.00 | 0.00 | 199,391.60 | 199,391.56 | 0.04 |
| Jefferson | 1,801 | 1,424 | 2,988 | 6,213 | 96 | 3,945 | 0.00 | 141,094.00 | 0.00 | 0.00 | 145,038.50 | 145,038.48 | 0.02 |
| Juniata | 582 | 1,059 | 1,576 | 3,217 | 28 | 1,832 | 0.00 | 70,523.50 | 0.00 | 0.00 | 72,355.36 | 72,355.31 | 0.05 |
| Lackawanna | 4,809 | 6,968 | 13,933 | 25,710 | 367 | 16,029 | 0.00 | 489,176.00 | 2,586.18 | 0.00 | 502,619.05 | 505,205.73 | -2,586.68 |
| Lancaster | 9,878 | 21,355 | 34,476 | 65,709 | 779 | 39,425 | 0.00 | 1,396,417.00 | 0.00 | 0.00 | 1,435,842.16 | 1,435,842.16 | 0.00 |
| Lawrence | 2,024 | 2,974 | 7,533 | 12,531 | 156 | 7,591 | 0.00 | 231,874.50 | 0.00 | 0.00 | 239,465.22 | 239,465.26 | -0.04 |
| Lebanon | 2,648 | 5,631 | 8,580 | 16,859 | 152 | 9,651 | 0.00 | 365,754.00 | 0.00 | 0.00 | 375,405.03 | 375,405.00 | 0.03 |
| Lehigh | 6,502 | 12,435 | 21,723 | 40,660 | 549 | 25,045 | 0.00 | 853,590.50 | 0.00 | 0.00 | 878,635.90 | 878,635.87 | 0.03 |
| Luzerne | 9,002 | 9,682 | 25,825 | 44,509 | 439 | 25,845 | 0.00 | 887,971.00 | 0.00 | 0.00 | 913,939.36 | 913,939.32 | 0.04 |
| Lycoming | 2,998 | 4,864 | 10,705 | 18,567 | 186 | 10,809 | 0.00 | 343,335.00 | 0.00 | 0.00 | 354,144.20 | 354,144.17 | 0.03 |
| McKean | 1,380 | 1,491 | 2,870 | 5,741 | 58 | 3,347 | 0.00 | 117,083.00 | 0.00 | 0.00 | 120,430.00 | 120,429.95 | 0.05 |
| Mercer | 2,955 | 4,341 | 6,467 | 13,763 | 205 | 8,664 | 0.00 | 292,316.50 | 1,392.90 | 0.00 | 299,587.15 | 300,546.13 | -958.98 |
| Mifflin | 1,138 | 1,640 | 2,884 | 5,662 | 56 | 3,289 | 0.00 | 119,309.50 | 0.00 | 0.00 | 122,598.78 | 122,598.75 | 0.03 |
| Monroe | 6,300 | 5,054 | 11,148 | 22,502 | 271 | 13,542 | 0.00 | 474,310.50 | 0.00 | 0.00 | 487,852.65 | 487,852.64 | 0.01 |
| Montgomery | 17,371 | 48,510 | 48,583 | 114,464 | 1,834 | 73,305 | 0.00 | 2,568,503.00 | 0.00 | 0.00 | 2,641,807.84 | 2,641,807.83 | 0.01 |
| Montour | 376 | 776 | 1,225 | 2,377 | 39 | 1,531 | 0.00 | 49,796.50 | 0.00 | 0.00 | 51,327.66 | 51,327.62 | 0.04 |
| Northampton | 5,467 | 11,127 | 19,640 | 36,234 | 391 | 21,366 | 0.00 | 754,279.50 | 0.10 | 0.00 | 775,645.58 | 775,645.66 | -0.08 |
| Northumberla | 2,424 | 3,138 | 4,839 | 10,401 | 112 | 6,131 | 0.00 | 224,143.00 | 0.00 | 0.00 | 230,273.90 | 230,273.84 | 0.06 |
| Perry | 1,204 | 2,407 | 4,027 | 7,638 | 47 | 4,160 | 0.00 | 164,335.50 | 0.00 | 0.00 | 168,495.82 | 168,495.81 | 0.01 |
| Philadelphia | 35,006 | 36,937 | 56,991 | 128,934 | 2,176 | 83,640 | 0.00 | 2,723,368.00 | 0.00 | 0.00 | 2,807,008.19 | 2,807,008.19 | 0.00 |
| Pike | 3,297 | 2,363 | 4,751 | 10,411 | 62 | 5,651 | 0.00 | 240,546.00 | 0.00 | 0.00 | 246,196.74 | 246,196.71 | 0.03 |
| Potter | 779 | 795 | 2,059 | 3,633 | 24 | 1,995 | 0.00 | 57,857.00 | 0.00 | 0.00 | 59,851.80 | 59,851.77 | 0.03 |
| Schuylkill | 4,424 | 4,517 | 8,205 | 17,146 | 174 | 10,004 | 0.00 | 358,304.50 | 0.00 | 0.00 | 368,308.10 | 368,308.09 | 0.01 |
| Snyder | 925 | 1,593 | 2,088 | 4,606 | 40 | 2,622 | 0.00 | 102,906.50 | 0.00 | 0.00 | 105,528.40 | 105,528.37 | 0.03 |
| Somerset | 2,350 | 3,100 | 5,665 | 11,115 | 125 | 6,603 | 0.00 | 222,286.50 | 0.00 | 0.00 | 228,889.76 | 228,889.73 | 0.03 |

6/11/2012

PENNSYLVANIA DEPARTMENT OF REVENUE
BUREAU OF INDIVIDUAL TAXES
RECORDER OF DEEDS COLLECTIONS

January 2011    December 2011

| County Name | Deeds | Mortgages | Other Writs | Total Instrument | Notary/ Cty Officer Commisions | Net Writ Tax Collections | JCS/ATJ | JCS/ATJ CJEA/JCPS | Prior Bal Due | Audit Bal Due | Amount Due | Amount Paid | Bal Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sullivan | 475 | 348 | 4,903 | 5,726 | 14 | 2,913 | 0.00 | 47,587.50 | 0.00 | 0.00 | 50,500.42 | 50,500.37 | 0.05 |
| Susquehanna | 1,871 | 1,213 | 9,235 | 12,319 | 64 | 6,596 | 0.00 | 135,736.00 | 0.00 | 0.00 | 142,331.53 | 142,331.48 | 0.05 |
| Tioga | 1,595 | 1,870 | 7,020 | 10,485 | 92 | 5,978 | 0.00 | 148,755.00 | 0.00 | 0.00 | 154,732.63 | 154,732.60 | 0.03 |
| Union | 840 | 1,659 | 2,576 | 5,075 | 57 | 3,014 | 0.00 | 105,844.00 | 0.00 | 0.00 | 108,858.28 | 108,858.23 | 0.05 |
| Venango | 1,846 | 1,706 | 3,305 | 6,857 | 98 | 4,276 | 0.00 | 133,386.00 | 0.00 | 0.00 | 137,662.25 | 137,662.21 | 0.04 |
| Warren | 1,374 | 1,287 | 2,772 | 5,433 | 68 | 3,295 | 0.00 | 109,007.00 | 0.00 | 0.00 | 112,301.59 | 112,301.37 | 0.22 |
| Washington | 5,875 | 8,370 | 19,336 | 33,581 | 431 | 20,467 | 0.00 | 616,452.00 | 0.00 | 0.00 | 636,919.49 | 636,919.46 | 0.03 |
| Wayne | 2,512 | 2,175 | 5,738 | 10,425 | 87 | 5,900 | 0.00 | 172,607.50 | 0.00 | 0.00 | 178,507.53 | 178,507.50 | 0.03 |
| Westmoreland | 11,260 | 16,637 | 20,226 | 48,123 | 568 | 28,849 | 0.00 | 1,068,822.50 | 0.00 | 0.00 | 1,097,671.76 | 1,097,671.79 | -0.03 |
| Wyoming | 736 | 882 | 7,115 | 8,733 | 58 | 4,798 | 0.00 | 80,816.50 | 0.00 | 0.00 | 85,614.62 | 85,614.58 | 0.04 |
| York | 9,678 | 17,727 | 30,397 | 57,802 | 613 | 33,980 | 0.00 | 1,218,310.50 | 0.00 | 0.00 | 1,252,290.58 | 1,252,290.55 | 0.03 |
| Grand Total: | 306,680 | 528,902 | 813,371 | 1,648,953 | 20,709 | 1,000,619.53 | 0.00 | 34,010,941.00 | 3,986.95 | 7.99 | 35,007,828.71 | 35,011,378.33 | -3,549.62 |

Total Records: 804

# EXHIBIT B

Recording Summaries for Mortgage Electronic Registration System
prepared 12/19/2012
Philadelphia Department of Records
Data includes Mortgages, Assignments, Releases, Satisfactions

### DOCUMENT COUNTS

| Year | MERS documents Mortgages | Assignments | Releases | Satisfactions | Total MERS | non-MERS documents Mortgages | Assignments | Releases | Satisfactions | Total non-MERS | Total Recording Mortgages | Assignments | Releases | Satisfactions | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2000 | 1288 | 3856 | 0 | 0 | 5144 | 49969 | 25792 | 12898 | 32255 | 120914 | 51257 | 29648 | 12898 | 32255 | 126058 |
| 2001 | 5428 | 11410 | 2 | 1 | 16841 | 49811 | 22503 | 11968 | 35888 | 120170 | 55239 | 33913 | 11970 | 35889 | 137011 |
| 2002 | 10466 | 2811 | 1 | 3 | 13281 | 56757 | 18607 | 15357 | 43308 | 134029 | 67223 | 21418 | 15358 | 43311 | 147310 |
| 2003 | 16705 | 2567 | 2 | 11 | 19285 | 67447 | 14577 | 24258 | 58618 | 164900 | 84152 | 17144 | 24260 | 58629 | 184185 |
| 2004 | 21573 | 1942 | 2 | 15 | 23532 | 67539 | 13067 | 26878 | 53412 | 160896 | 89112 | 15009 | 26880 | 53427 | 184428 |
| 2005 | 28432 | 1415 | 4 | 4 | 29855 | 63823 | 11748 | 21487 | 57206 | 154264 | 92255 | 13163 | 21491 | 57210 | 184119 |
| 2006 | 32927 | 1157 | 5 | 13 | 34102 | 59825 | 10520 | 20830 | 55208 | 146383 | 92752 | 11677 | 20835 | 55221 | 180485 |
| 2007 | 26403 | 940 | 1 | 4 | 27348 | 52531 | 16258 | 21275 | 48131 | 138195 | 78934 | 17198 | 21276 | 48135 | 165543 |
| 2008 | 15694 | 1147 | 2 | 10 | 16853 | 39024 | 12719 | 15315 | 39045 | 106103 | 54718 | 13866 | 15317 | 39055 | 122956 |
| 2009 | 16498 | 1531 | 3 | 7 | 18039 | 28636 | 11598 | 10809 | 37079 | 88122 | 45134 | 13129 | 10812 | 37086 | 106161 |
| 2010 | 12374 | 588 | 2 | 3 | 12967 | 27783 | 10184 | 5752 | 35550 | 79269 | 40157 | 10772 | 5754 | 35553 | 92236 |
| 2011 | 11624 | 480 | 5 | 0 | 12109 | 25316 | 10596 | 3324 | 36353 | 75589 | 36940 | 11076 | 3329 | 36353 | 87698 |
| 2012* | 14412 | 224 | 3 | 4 | 14643 | 23798 | 18558 | 2678 | 40288 | 85322 | 38210 | 18782 | 2681 | 40292 | 99965 |

*through 12/19/2012

### DOLLAR AMOUNTS

| Year | avg rec fee | MERS documents Mortgages | Assignments | Releases | Satisfactions | Total MERS | non-MERS documents Mortgages | Assignments | Releases | Satisfactions | Total non-MERS | Total Recording Mortgages | Assignments | Releases | Satisfactions | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2000 | $30.25 | $38,962.00 | $116,644.00 | $0.00 | $0.00 | $155,606.00 | $1,511,562.25 | $780,208.00 | $390,164.50 | $975,713.75 | $3,657,648.50 | 51257 | 29648 | 12898 | 32255 | 126058 |
| 2001 | $41.00 | $222,548.00 | $467,810.00 | $82.00 | $41.00 | $690,481.00 | $2,042,251.00 | $922,623.00 | $490,688.00 | $1,471,408.00 | $4,926,970.00 | 55239 | 33913 | 11970 | 35889 | 137011 |
| 2002 | $41.00 | $429,106.00 | $115,251.00 | $41.00 | $123.00 | $544,521.00 | $2,327,037.00 | $762,887.00 | $629,637.00 | $1,775,628.00 | $5,495,189.00 | 67223 | 21418 | 15358 | 43311 | 147310 |
| 2003 | $41.00 | $684,905.00 | $105,247.00 | $82.00 | $451.00 | $790,685.00 | $2,765,327.00 | $597,657.00 | $994,578.00 | $2,403,338.00 | $6,760,900.00 | 84152 | 17144 | 24260 | 58629 | 184185 |
| 2004 | $41.00 | $884,493.00 | $79,622.00 | $82.00 | $615.00 | $964,812.00 | $2,769,099.00 | $535,747.00 | $1,101,998.00 | $2,189,892.00 | $6,596,736.00 | 89112 | 15009 | 26880 | 53427 | 184428 |
| 2005 | $41.00 | $1,165,712.00 | $58,015.00 | $164.00 | $164.00 | $1,224,055.00 | $2,616,743.00 | $481,668.00 | $880,967.00 | $2,345,446.00 | $6,324,824.00 | 92255 | 13163 | 21491 | 57210 | 184119 |
| 2006 | $41.00 | $1,350,007.00 | $47,437.00 | $205.00 | $533.00 | $1,398,182.00 | $2,452,825.00 | $431,320.00 | $854,030.00 | $2,263,528.00 | $6,001,703.00 | 92752 | 11677 | 20835 | 55221 | 180485 |
| 2007 | $41.00 | $1,082,523.00 | $38,540.00 | $41.00 | $164.00 | $1,121,268.00 | $2,153,771.00 | $666,578.00 | $872,275.00 | $1,973,371.00 | $5,665,995.00 | 78934 | 17198 | 21276 | 48135 | 165543 |
| 2008 | $41.00 | $643,454.00 | $47,027.00 | $82.00 | $410.00 | $690,973.00 | $1,599,984.00 | $521,479.00 | $627,915.00 | $1,600,845.00 | $4,350,223.00 | 54718 | 13866 | 15317 | 39055 | 122956 |
| 2009 | $56.00 | $923,888.00 | $85,736.00 | $168.00 | $392.00 | $1,010,184.00 | $1,603,616.00 | $649,488.00 | $605,304.00 | $2,076,424.00 | $4,934,832.00 | 45134 | 13129 | 10812 | 37086 | 106161 |
| 2010 | $71.00 | $878,554.00 | $41,748.00 | $142.00 | $213.00 | $920,657.00 | $1,972,593.00 | $723,064.00 | $408,392.00 | $2,524,050.00 | $5,628,099.00 | 40157 | 10772 | 5754 | 35553 | 92236 |
| 2011 | $71.00 | $825,304.00 | $34,080.00 | $355.00 | $0.00 | $859,739.00 | $1,797,436.00 | $752,316.00 | $236,004.00 | $2,581,063.00 | $5,366,819.00 | 36940 | 11076 | 3329 | 36353 | 87698 |
| 2012* | $71.00 | $1,023,252.00 | $15,904.00 | $213.00 | $284.00 | $1,039,653.00 | $1,689,658.00 | $1,317,618.00 | $190,138.00 | $2,860,448.00 | $6,057,862.00 | 38210 | 18782 | 2681 | 40292 | 99965 |

*through 12/19/2012