```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MONTGOMERY COUNTY, PENNSYLVANIA,     :
RECORDER OF DEEDS, by and through    :
Nancy J. Becker in her official      :
capacity as Recorder of Deeds of     :
Montgomery County, on its own        :
behalf and on behalf of all others   :
similarly situated,                  :
                                     :
          Plaintiff,                 :   CIVIL ACTION
                                     :
     v.                              :
                                     :   NO. 11-CV-6968
MERSCORP, INC., and MORTGAGE         :
ELECTRONIC REGISTRATION SYSTEMS,     :
INC.,                                :
                                     :
          Defendants.                :
```

**ORDER**

AND NOW, this    11th    day of February, 2014, upon consideration of Plaintiff's Motion for Class Certification (Doc. No. 51) and Defendants' Responses in Opposition thereto, it is hereby ORDERED that the Motion is GRANTED and the Class is hereby defined as consisting of "Each County Recorder of Deeds in Pennsylvania in his or her official capacity."

IT IS FURTHER ORDERED that Plaintiff Nancy J. Becker in her official capacity as Recorder of Deeds of Montgomery County, Pennsylvania is appointed as Class Representative and the law firms of Kohn, Swift & Graf, P.C., Lamb McErlane, PC, Cooper & Schaffer, LLC, Whitfield Bryson & Mason LLP and Cuneo Gilbert & Laduca LLP are appointed as Class Counsel.

IT IS STILL FURTHER ORDERED that Class Counsel are DIRECTED to submit within thirty (30) days of the entry date of this Order, a proposed form of Order providing for Notice to be given to the members of the Class.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER,         J.