UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

March 12, 2014
DCO-057

No. 14-8015

MONTGOMERY COUNTY, PENNSYLVANIA, RECORDER OF DEEDS, BY AND THROUGH NANCY J. BECKER, IN HER OFFICIAL CAPACITY AS THE RECORDER OF DEEDS OF MONTGOMERY COUNTY, PENNSYLVANIA, ON ITS OWN BEHALF AND ON BEHALF OF ALL OTHER SIMILARLY SITUATED

v.

MERSCORP, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC.,
Petitioners

(E.D. Pa. No. 2-11-cv-06968)

Present: SMITH, HARDIMAN and GREENBERG, Circuit Judges

1. Petition for Leave to Appeal pursuant to Fed. R. Civ. P. 23(f) filed by Petitioners MERSCorp Inc and Mortgage Electronic Registration Systems Inc..

2. Response filed by Respondent County of Montgomery Recorder of Deeds to the Petition for Leave to Appeal pursuant to Fed. R. Civ. P. 23(f).

Respectfully,
Clerk/JK

_____ORDER_____
The foregoing motion is denied.

By the Court,

s/ Morton I. Greenberg
Circuit Judge



Dated: May 21, 2014
JK/cc: All Counsel

A True Copy:

Marcia M. Waldron, Clerk