IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
MONTGOMERY COUNTY, PENNSYLVANIA,   :
RECORDER OF DEEDS, by and through  :
Nancy J. Becker in her official    :
capacity as Recorder of Deeds of   :
Montgomery County, on its own      :
behalf and on behalf of all others :
similarly situated,                :
                                   :
          Plaintiff,               :   CIVIL ACTION
                                   :
     v.                            :
                                   :   NO. 11-CV-6968
MERSCORP, INC., and MORTGAGE       :
ELECTRONIC REGISTRATION SYSTEMS,   :
INC.,                              :
                                   :
          Defendants.              :
```

## ORDER

AND NOW, this       30th       Day of June, 2014, upon consideration of the Motion for Summary Judgment of Defendants, Merscorp, Inc. and Mortgage Electronic Registration Systems, Inc. (collectively "MERS Defendants") (Doc. No. 66) and Plaintiff's Cross-Motion for Partial Summary Judgment (Doc. No. 80) and the parties' further Memoranda of Law in Support and in Opposition, it is hereby ORDERED that Defendants' Motion is DENIED in its entirety and Plaintiff's Motion is GRANTED IN PART as outlined in the preceding Memorandum Opinion.

IT IS FURTHER ORDERED that Declaratory Judgment is hereby entered in favor of Plaintiff and against Defendants such that Defendants' are declared to be obligated to create and record

written documents memorializing the transfers of debt/promissory notes which are secured by real estate mortgages in the Commonwealth of Pennsylvania for all such debt transfers past, present and future in the Office for the Recording of Deeds in the County where such property is situate.

    IT IS STILL FURTHER ORDERED AND DECLARED that inasmuch as such debt/mortgage note transfers are conveyances within the meaning of Pennsylvania law, the failure to so document and record is violative of the Pennsylvania Recording Statute(s).

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER,    J.