IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MONTGOMERY COUNTY, PENNSYLVANIA, :
RECORDER OF DEEDS, by and through :
Nancy J. Becker in her official :
capacity as Recorder of Deeds of :
Montgomery County, on its own :
behalf and on behalf of all others :
similarly situated, :
                                                 :
       Plaintiff,                   :    CIVIL ACTION
                                                 :
  v.                                                 :
                                                 :    NO. 11-CV-6968
MERSCORP, INC., and MORTGAGE :
ELECTRONIC REGISTRATION SYSTEMS, :
INC., :
                                                 :
      Defendants.                 :

### **ORDER**

     AND NOW, this     8th     day of July, 2014, upon consideration of Plaintiff's Supplemental Submission in Support of Proposed Notice of Pendency of Class Action (Doc. No. 121), it is hereby ORDERED that Defendants shall file any comments and/or response which they may have thereto within thirty (30) days of the entry date of this Order.

                                                        BY THE COURT:

                                                        s/J. Curtis Joyner
                                                        J. CURTIS JOYNER,    J.