## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MONTGOMERY COUNTY, PENNSYLVANIA,
RECORDER OF DEEDS, by and through NANCY
J. BECKER, in her official capacity as the Recorder
of Deeds of Montgomery County, Pennsylvania, on
its own behalf and on behalf of all others similarly
situated,

**CIVIL ACTION**

                    Plaintiff,

**NO. 11-6968**

          v.

MERSCORP, INC., and MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS,
INC.,

                    Defendants.

## PLAINTIFF'S MOTION TO UNSEAL REPORT
## OF MARIE MCDONNELL AND FOR RELATED RELIEF

Plaintiff respectfully moves for the following relief: (1) to remove this case from its

current suspense status for the limited purpose of adjudicating the balance of this motion; (2) to

unseal the analysis by Marie McDonnell of the Farkas loan (redacted version filed at Docket 81-

30) upon which this Court relied in its July 1, 2014 summary judgment adjudication that is

currently on appeal; and (3) to expedite briefing on this motion (because Ms. Becker's brief is

due in the Third Circuit on March 16, 2015) so that MERS' response to this motion is due in

seven days (by Friday, February 20, 2015) and Ms. Becker's reply is due three business days

later, by Wednesday, February 25, 2015. The grounds for this motion are set forth in the

accompanying memorandum and attached exhibits. Proposed forms of Order are attached to this

motion.

131394

Dated:  February 13, 2015

| | |
|---|---|
| William H. Lamb | Respectfully submitted, |
| James C. Sargent | /s/ *Robert J. LaRocca* |
| Maureen M. McBride | Joseph C. Kohn |
| LAMB MCERLANE PC | Robert J. LaRocca |
| 24 E. Market Street | William E. Hoese |
| West Chester, PA  19381 | Craig W. Hillwig |
| (610) 430-8000 | KOHN, SWIFT & GRAF, P.C. |

William H. Lamb
James C. Sargent
Maureen M. McBride
LAMB MCERLANE PC
24 E. Market Street
West Chester, PA  19381
(610) 430-8000

Respectfully submitted,
/s/ *Robert J. LaRocca*
Joseph C. Kohn
Robert J. LaRocca
William E. Hoese
Craig W. Hillwig
KOHN, SWIFT & GRAF, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA  19107-3304
(215) 238-1700

Gary E. Mason
Jason S. Rathod
WHITEFIELD BRYSON & MASON LLP
1625 Massachusetts Ave., NW, Suite 605
Washington, DC  20036
(202) 429-2290

Jeffrey D. Schaffer
COOPER & SCHAFFER, LLC
1525 Locust Street, 13th Floor
Philadelphia, PA  19102
(215) 545-7777

Jonathan W. Cuneo
CUNEO GILBERT & LADUCA LLP
507 C Street, NE
Washington, D.C. 20002
(202) 789-3960

Attorneys for Plaintiff and the Class

131394                              2

3

**CERTIFICATE OF SERVICE**

This motion, its supporting memorandum, and annexed exhibits, were served upon all counsel of record through the Court's ECF System.  The exhibits that are confidential and filed under seal were separately served by email to all counsel this date, February 13, 2015.

/s/ Robert J. LaRocca
Robert J. LaRocca