**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MONTGOMERY COUNTY, PENNSYLVANIA, RECORDER OF DEEDS, by and through NANCY J. BECKER, in her official capacity as the Recorder of Deeds of Montgomery County, Pennsylvania, on its own behalf and on behalf of all others similarly situated,<br>Plaintiff,<br>v.<br><br>MERSCORP, INC., and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,<br>Defendants. | **CIVIL ACTION**<br><br>**NO. 11-6968** |

**EXHIBITS TO MEMORANDUM IN SUPPORT OF PLAINTIFF'S
MOTION TO UNSEAL REPORT OF MARIE MCDONNELL**

1 Stipulated Protective Order (Docket 64)

2 Redacted version of the McDonnell analysis as publicly filed (Docket 81-30)

3 Redacted page of Ms. Becker's summary judgment memorandum (Docket 81)

4 Unredacted McDonnell analysis that was filed under seal on November 5, 2013 **[FILED UNDER SEAL]**

5 Unredacted page of plaintiff's summary judgment memorandum that was filed under seal on November 5, 2013 **[FILED UNDER SEAL]**

6 Transmittal letters to the Clerk and Court with copies of the unredacted report and plaintiff's memorandum

7 Copy of the McDonnell analysis as it presently appears in the joint appellate appendix

8 Table of Contents to MERS Merits Brief in the Third Circuit, January 30, 2015

9 Email correspondence attempting to amicably resolve issue